AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED** By US Marshals DC District Court at 3:07 pm, Aug 13, 2025

United States of America
v.
ALFREDO PANNELL

Case: 1:25-mj-00137
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/13/2025
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALFREDO PANNELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Distribution of Cocaine Base)
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) (Distribution of 28 Grams or More of Cocaine Base).

Date: August 13, 2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/13/2025, and the person was arrested on *(date)* 08/20/2025
at *(city and state)* Washington, DC

Date: 08/28/2025

*Arresting officer's signature*

Stephen H. Lowe DUSM
*Printed name and title*