**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case No.: 25-mj-00137 MAU** |
| **ALFREDO PANNELL** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND**</u>
<u>**EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY**</u>
<u>**TRIAL ACT**</u>

COMES NOW, the Defendant, Alfredo Pannell, by and through counsel, Nicholas G. Madiou, Esq., and Brennan, McKenna, & Lawlor, Chtd., Esquire hereby moves this Honorable Court to continue the status conference currently scheduled for September 16, 2025 at 11:30 a.m., and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1.      Per prior Order of the Court, the Defendant is scheduled to appear before this Honorable Court on September 16, 2025 at 11:30 a.m. for a status conference in the above-referenced case.

2.      Undersigned counsel respectfully asks for a continuance of the status conference, and the exclusion of that time for Speedy Trial purposes. Undersigned counsel makes this request due to a scheduling conflict. Specifically, undersigned

counsel will be traveling out of the country from September 9, 2025 to September 23, 2025.

3.    Undersigned counsel has contacted Assistant United States Attorney James B. Nelson, and is authorized to state that the United States does not oppose this motion.

4.    Mr. Pannell consents to the exclusion of time under the Speedy Trial Act from September 16, 2025 to the date of the next scheduled status hearing.

5.    Undersigned counsel is requesting that this matter be continued by approximately 30 days to a date that is agreeable to the Court and all parties.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference by approximately 30 days to a date that is agreeable to this Court and all parties, and exclude that time from the Speedy Trial calculation in this case.

Respectfully submitted,

/s/

_____
Nicholas G. Madiou, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2025 a copy of the foregoing was

sent via ECF to the United States Attorney's Office for the District of Columbia.


/s/

_____

Nicholas G. Madiou